# U.S. District Court
## Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: 1:25-mj-02528-LFL-1

| | |
|---|---|
| Case title: USA v. Jorge Augusto Mero Figueroa | Date Filed: 03/19/2025 |
| | Date Terminated: 03/19/2025 |

Assigned to: Magistrate Judge Lauren Fleischer Louis

**Defendant (1)**

| | | |
|---|---|---|
| **Jorge Augusto Mero Figueroa**<br>20468-506<br>*YOB: 1964; Spanish*<br>*TERMINATED: 03/19/2025* | represented by | **Zeljka Bozanic**<br>Bozanic Law, P.A.<br>17100 Royal Palm Blvd.<br>Ste #1<br>Weston, FL 33326<br>954-920-9750<br>Fax: 954-400-0335<br>Email: info@bozaniclaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 46:U.S.C.§70503(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE WHILE ON BOARD A COVERED VESSEL SUBJECT | |

**Plaintiff**

USA     represented by  **Noticing AUSA CR TP/SR**
Email: Usafls.transferprob@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2025 | 1 | Magistrate Judge Removal of Arrest Warrant and Criminal Complaint from DISTRICT OF SOUTH CAROLINA (CHARLESTON DIVISION) Case number in the other District 2:25-MJ-00013-MCRI as to Jorge Augusto Mero Figueroa (1). (at) (Entered: 03/19/2025) |
| 03/19/2025 | 2 | **ORAL** MOTION to Unseal Case by USA as to Jorge Augusto Mero Figueroa. (fbn) (Entered: 03/20/2025) |
| 03/19/2025 | 3 | ORDER granting 2 Motion to Unseal Case as to Jorge Augusto Mero Figueroa (1). Signed by Magistrate Judge Lauren Fleischer Louis on 3/19/2025. *See attached document for full details.* (fbn) (Entered: 03/20/2025) |
| 03/19/2025 | 4 | **ORAL** MOTION to Appoint Counsel, MOTION for Bond by Jorge Augusto Mero Figueroa. (fbn) (Entered: 03/20/2025) |
| 03/19/2025 | 5 | PAPERLESS ORDER granting 4 Motion to Appoint Counsel as to Jorge Augusto Mero Figueroa (1); granting 4 Motion for Bond. as to Jorge Augusto Mero Figueroa (1). Signed by Magistrate Judge Lauren Fleischer Louis on 3/19/2025. (fbn) (Entered: 03/20/2025) |
| 03/19/2025 | 6 | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Jorge Augusto Mero Figueroa held on 3/19/2025. Government's ore tenus motion to unseal complaint-Granted. Ore tenus motion to appoint counsel-Granted. Ore tenus motion for Bond-Granted. STIP-PTD with the right to revisit (no hearing held); Court sets. Defendant Waives Removal; Waiver executed. Ordered removed to District of South Carolina. Bond recommendation/set: Jorge Augusto Mero Figueroa (1) STIP-PTD with the right to revisit. Date of Arrest or Surrender: 3/18/2025. Spanish Interpreter present. Attorney added: Zeljka Bozanic for Jorge Augusto Mero Figueroa for **REMOVAL/RULE 5 to another District** CJA representation. Date attorney was appointed CJA: 3/19/2025. (Digital 14:27:04)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Lauren Fleischer Louis (fbn) (Entered: 03/20/2025) |

| 03/19/2025 | 7 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Jorge Augusto Mero Figueroa. (fbn) (Entered: 03/20/2025) |
| 03/19/2025 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Jorge Augusto Mero Figueroa. Defendant committed to District of District of South Carolina. Closing Case for Defendant. Signed by Magistrate Judge Lauren Fleischer Louis on 3/19/2025. *See attached document for full details.* (fbn) (Entered: 03/20/2025) |
| 03/19/2025 | 9 | Notice of Criminal Transfer to District of South Carolina of a Rule 5 or Rule 32 Initial Appearance as to Jorge Augusto Mero Figueroa. Your case number is: 25-MJ-00013. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (fbn) (Entered: 03/20/2025) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 25-MJ-2528-LOUIS(SEALED)

UNITED STATES OF AMERICA,
    Plaintiff,

V.

Jorge Augusto Mero Figueroa,
    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 3/19/25

_____
Lauren F. Louis
**UNITED STATES MAGISTRATE JUDGE**

# MINUTE ORDER

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor     Date: 3/19/25     Time: 2:00 p.m.

---

Defendant: Jorge Augusto Mero Figueroa    J#: 20468-506    Case #: 25-MJ-2528-LOUIS(SEALED)

AUSA: Edward Stamm     Attorney: _____

Violation: D SC/WARR/COMPLAINT/PWID a Controlled Substance While on Board a Covered Vessel Subject to the Jurisdiction of the U.S. Jettisoning Property that is Subject to Forfeiture under Section 511(a) of the CDAP and CA of 1970    Surr/Arrest Date: 03/18/25    YOB: 1964

Proceeding: Initial Appearance     CJA Appt: Zeljka Bozanic, Esq.

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: _____

Bond Set at: _____    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
*Defendant advised of rights and charges*
*Govt's ore tenus motion to unseal complaint; granted*
*Ore tenus motion to appoint counsel; granted; Defendant sworn; CJA counsel appointed*
*Ore tenus motion for bond; granted STIP PTD w/right to revisit (no hrg. held); Court sets*
*Defendant Waives Removal; Waiver executed; Ordered removed to District of South Carolina*

**Brady order given**

Time from today to _____ excluded from Speedy Trial Clock

---

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 147:27:04     Time in Court: 7 mins

s/Lauren F. Louis          Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 25-MJ-2528-LOUIS(SEALED)

United States of America
    Plaintiff,
v.

Charging District's Case No. 25-MJ-00013

Jorge Augusto Mero Figueroa,
    Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **District of South Carolina.**

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☒ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3/19/25

_____
Defendant's Signature

_____
Lauren F. Louis
United States Magistrate Judge

**United States District Court**
**Southern District of Florida**
Case No. 25-MJ-2528-LOUIS(SEALED)

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 25-MJ-00013

Jorge Augusto Mero Figueroa,
(USM# 20468-506)
_____/

COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of South Carolina.

**Zeljka Bozanic (CJA) was appointed to represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 3/19/25.

_____
Lauren F. Louis
United States Magistrate Judge
